UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                PLAINTIFF

v.                  CASE NO. 2:20-CR-20008-002

BRENT PRESLEY                                        DEFENDANT

## ORDER

As ordered from the bench in the sentencing hearing conducted this same day, the Court ADOPTS the report and recommendation (Doc. 26) entered in this case and accepts Defendant's plea of guilty to Count 3 of the indictment/information.

IT IS SO ORDERED this February 24, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE