UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                    PLAINTIFF/RESPONDENT

v.                              No. 2:20-cr-20008-2

BRENT PRESLEY                              DEFENDANT/MOVANT

## **ORDER**

The Court has received a report and recommendation (Doc. 83) from Chief United States Magistrate Judge Mark E. Ford, recommending that Defendant Brent Presley's motion (Doc. 78) to vacate under 28 U.S.C. § 2255 be denied and dismissed without prejudice because it is facially deficient.  No objections to the report and recommendation have been filed, and the deadline for objecting has passed.   After careful review, the Court concludes that the report and recommendation should be, and hereby is, approved and adopted in its entirety.

IT IS THEREFORE ORDERED that Defendant Brent Presley's motion (Doc. 78) to vacate under 28 U.S.C. § 2255 is DENIED.  No certificate of appealability shall issue.

IT IS SO ORDERED this 27th day of June, 2024.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE